

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00337-CV

| | | |
|---|---|---|
| Noorddin Poonjani, Showket Panjwani, and 1st Nations Fastop Marketing, Inc. | § | From the 211th District Court |
| | § | of Denton County (2013-30033-211) |
| v. | § | December 4, 2014 |
| Zainab Kamaluddin, as the Trustee of the Abdulhameed and Zainab Kamaluddin Family Trust | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM